UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL L. WATTS, | ) | No. CV 17-8759-JLS (AGR) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) ) ) | |
| Respondent. | ) | |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is DISMISSED as premature.

DATED: March 23, 2018

JOSEPHINE L. STATON
United States District Judge